[Dogmaphv] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

Dated: March 14, 2017

_____
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 9:16–bk–06499–FMD
                                                                                                Chapter 7
Chris E Carhart
aka Chris Earl Carhart

_____Debtor*_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

   THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # *71* ) ("Motion") of attorney **John S Biallas** for representation of **Kexin Carhart** . Accordingly, it is **ORDERED:**

   1. The Motion is Granted.

   2. Attorney **John S Biallas** is admitted to appear before this Court in this case and any related adversary proceeding as counsel for **Kexin Carhart** subject to Local Rule 2090–1.

   3. Within fourteen days from the date of this order, attorney **John S Biallas** shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

   4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney **John S Biallas** , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.