United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 16-06499-FMD
Chris E Carhart                                                     Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 113A-9        User: bugayd         Page 1 of 2         Date Rcvd: Mar 14, 2017
                           Form ID: Dogmaphv     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2017.
aty            +John S. Biallas,    3 N 918 Sunrise Lane,   St. Charles, IL 60174-5081

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2017 at the address(es) listed below:
          Lara Roeske Fernandez    on behalf of Plaintiff   Halaska International, Inc.
           lrfernandez@trenam.com,  lkfloyd@trenam.com,dranson@trenam.com;mwoods@trenam.com
          Lara Roeske Fernandez    on behalf of Creditor   Halaska International, Inc.
           lrfernandez@trenam.com,  lkfloyd@trenam.com,dranson@trenam.com;mwoods@trenam.com
          Lara Roeske Fernandez    on behalf of Plaintiff Christoper G. Halaska lrfernandez@trenam.com,
           lkfloyd@trenam.com,drasnon@trenam.com;mwoods@trenam.com
          Lara Roeske Fernandez    on behalf of Creditor Christoper G. Halaska lrfernandez@trenam.com,
           lkfloyd@trenam.com,dranson@trenam.com;mwoods@trenam.com
          Lara Roeske Fernandez    on behalf of Creditor   Carhart-Halaska International LLC
           lrfernandez@trenam.com,  lkfloyd@trenam.com  dranson@trenam.com;mwoods@trenam.com
          Lara Roeske Fernandez    on behalf of Plaintiff   Carhart-Halaska International LLC
           lrfernandez@trenam.com,  lkfloyd@trenam.com  dranson@trenam.com;mwoods@trenam.com
          Megan Wilson Murray    on behalf of Plaintiff Christoper G. Halaska mwmurray@trenam.com,
           LKF@trenam.com;mwoods@trenam.com
          Megan Wilson Murray    on behalf of Plaintiff   Halaska International, Inc. mwmurray@trenam.com,
           LKF@trenam.com;mwoods@trenam.com
          Megan Wilson Murray    on behalf of Plaintiff   Carhart-Halaska International LLC
           mwmurray@trenam.com,  LKF@trenam.com;mwoods@trenam.com
          Melissa H Jeda    on behalf of Debtor Chris E Carhart millerandhollander@comcast.net,
           mhbknotices@gmail.com;backupnotices@comcast.net
          Melissa H Jeda    on behalf of Defendant Chris E. Carhart millerandhollander@comcast.net,
           mhbknotices@gmail.com;backupnotices@comcast.net
          Melissa H Jeda    on behalf of Defendant Chris E Carhart millerandhollander@comcast.net,
           mhbknotices@gmail.com;backupnotices@comcast.net
          Richard J. Hollander    on behalf of Defendant Chris E. Carhart millerandhollander@comcast.net,
           backupnotices@comcast.net;mhbknotices@gmail.com
          Richard J. Hollander    on behalf of Defendant John S. Biallas millerandhollander@comcast.net,
           backupnotices@comcast.net;mhbknotices@gmail.com
          Richard J. Hollander    on behalf of Attorney John S. Biallas millerandhollander@comcast.net,
           backupnotices@comcast.net;mhbknotices@gmail.com
          Richard J. Hollander    on behalf of Defendant Chris E Carhart millerandhollander@comcast.net,
           backupnotices@comcast.net;mhbknotices@gmail.com
          Richard J. Hollander    on behalf of Debtor Chris E Carhart millerandhollander@comcast.net,
           backupnotices@comcast.net;mhbknotices@gmail.com
          Robert E Tardif, Attorney for Trustee    on behalf of Trustee Robert E Tardif, Jr.
           rtardif@comcast.net,  graceheidkamp@gmail.com;blkenney2@comcast.net
          Robert E Tardif, Jr.    rtardif@comcast.net,
           graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.epiqsystems.com
          Robert E Tardif, Jr.    on behalf of Plaintiff Robert E Tardif, Jr. rtardif@comcast.net,
           graceheidkamp@gmail.com;blkenney2@comcast.net;rtardif@ecf.epiqsystems.com
          Robert E. Tardif, Jr.    on behalf of Plaintiff Robert E Tardif, Jr. rtardif@comcast.net,
           ClientECF@bankruptcybodyguard.com;thays@bkbodyguard.com;pamelakoper@gmail.com

District/off: 113A-9          User: bugayd              Page 2 of 2               Date Rcvd: Mar 14, 2017
                             Form ID: Dogmaphv          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Stephanie C Lieb   on behalf of Creditor Christoper G. Halaska slieb@trenam.com,
               idawkins@trenam.com,Lfloyd@trenam.com,mwmurray@trenam.com
             Stephanie C Lieb   on behalf of Plaintiff Christoper G. Halaska slieb@trenam.com,
               idawkins@trenam.com,Lfloyd@trenam.com,mwmurray@trenam.com
             Stephanie C Lieb   on behalf of Plaintiff   Halaska International, Inc. slieb@trenam.com,
               idawkins@trenam.com,Lfloyd@trenam.com,mwmurray@trenam.com
             Stephanie C Lieb   on behalf of Creditor   Halaska International, Inc. slieb@trenam.com,
               idawkins@trenam.com,Lfloyd@trenam.com,mwmurray@trenam.com
             Stephanie C Lieb   on behalf of Plaintiff   Carhart-Halaska International LLC slieb@trenam.com,
               idawkins@trenam.com,Lfloyd@trenam.com,mwmurray@trenam.com
             Stephanie C Lieb   on behalf of Creditor   Carhart-Halaska International LLC slieb@trenam.com,
               idawkins@trenam.com,Lfloyd@trenam.com,mwmurray@trenam.com
             Stephanie C Lieb   on behalf of Creditor   Halaska-Carhart International LLC slieb@trenam.com,
               idawkins@trenam.com,Lfloyd@trenam.com,mwmurray@trenam.com
             United States Trustee - FTM7/13   USTPRegion21.TP.ECF@USDOJ.GOV
                                                                             TOTAL: 29

[**Dogmaphv**] [District Order Granting Motion to Appear Pro Hac Vice]

ORDERED.

**Dated: March 14, 2017**

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 9:16−bk−06499−FMD
                                                                Chapter 7
Chris E Carhart
aka Chris Earl Carhart

_____Debtor*_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE
### AND DIRECTING PAYMENT TO THE UNITED STATES DISTRICT COURT

THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice (Document # **71** ) ("Motion") of attorney **John S Biallas** for representation of **Kexin Carhart** . Accordingly, it is **ORDERED:**

1. The Motion is Granted.

2. Attorney **John S Biallas** is admitted to appear before this Court in this case and any related adversary proceeding as counsel for **Kexin Carhart** subject to Local Rule 2090−1.

3. Within fourteen days from the date of this order, attorney **John S Biallas** shall pay to the Clerk, of the United States District Court for the Middle District of Florida, an Attorney Special Admission Fee in the amount of $150.00 and upon payment of the fee, file a Notice of Compliance with the Clerk of the U.S. Bankruptcy Court. Procedures for Attorney Special Admission are available on the U.S. District Court's website.

4. Upon completion of the Court's electronic filing registration forms and requirements, the Clerk is directed to issue attorney **John S Biallas** , a temporary login and password to the Court's electronic filing system (CM/ECF) with filing privileges limited to this case and any related adversary proceedings. CM/ECF access request should be directed to the ECF Helpdesk at ecfhhelp@flmb.uscourts.gov. PACER accounts required for viewing, must be set up by the attorney through PACER at http://www.pacer.gov.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.