

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/23/2017 11:00 AM

COURTROOM Room 4-117

## HONORABLE CARYL DELANO

CASE NUMBER:                                    FILING DATE:

**9:16-bk-06499-FMD**          **7**          **07/29/2016**

**Chapter 7**

**DEBTOR:**          Chris Carhart


**DEBTOR ATTY:**   **Melissa Jeda**

**TRUSTEE:**          **Robert Tardif**

**HEARING:**

(1)   Fourth Motion to Extend Time to File Complaint to Deny Discharge pursuant to 11 U.S.C. Section 727 Filed by Stephanie C
           Lieb on behalf of Carhart-Halaska International LLC, Christoper G. Halaska, Halaska International, Inc.
           (related document(s)[59]). (Lieb, Stephanie) Doc #64

*(2)   Motion to Compel Fed. R. Bankr. Pro. 2004 Production of Documents and Examination Testimony of Kexin Carhart. Filed by
           Stephanie C Lieb on behalf of Carhart-Halaska International LLC, Christoper G. Halaska, Halaska
           International, Inc. (Attachments: # [1] Exhibit A # [2] Exhibit B) (Lieb, Stephanie) Doc #65

- Response to Fourth Motion to Extend Time to File Complaint Filed by Richard J. Hollander on behalf of Debtor Chris E Carhart
           (related document(s)[64]). (Hollander, Richard) Doc #67

-Response to Motion to Compel Fed. R. Bankr. Pro. 2004 Production of Documents and Examination Testimony of Kexin Carhart
           Filed by Richard J. Hollander on behalf of Debtor Chris E Carhart (related document(s)[65]). (Hollander,
           Richard) (Doc #72)

- Response to of Kexin Carhart to Motion to Compel Fed. R. Bankr. Pro. 2004 Production of Documents and Examination
           Testimony of Kexin Carhart Filed by Richard J. Hollander on behalf of Attorney John S. Biallas (related
           document(s)[65]). (Hollander, Richard) Doc #76

-   Response to Kexin Carhart's Response to Motion to Compel, and Debtor's Response to Motion to Compel Filed by Stephanie
           C Lieb on behalf of Carhart-Halaska International LLC, Christoper G. Halaska, Halaska International, Inc.
           (related document(s)[72], [76]). (Lieb, Stephanie) Doc #77


**APPEARANCES::** Richard Hollander, John Biallas, Lara Fernandez

**WITNESSES:**

**EVIDENCE:**

**RULING:**

(1)   Fourth Motion to Extend Time to File Complaint to Deny Discharge pursuant to 11 U.S.C. Section 727 Filed by Stephanie C Lieb on behalf of Carhart-Halaska International LLC, Christoper G. Halaska, Halaska International, Inc. (related document(s)[59]). (Lieb, Stephanie) Doc #64 -   Granted until 6/30/217 O/Fernandez

*(2)   Motion to Compel Fed. R. Bankr. Pro. 2004 Production of Documents and Examination Testimony of Kexin Carhart. Filed by Stephanie C Lieb on behalf of Carhart-Halaska International LLC, Christoper G. Halaska, Halaska International, Inc. (Attachments: # [1] Exhibit A # [2] Exhibit B) (Lieb, Stephanie) Doc #65 -   Granted in part as outlined in open court (provide 1,2,10,11,12 and 15 if with husband back to 7/29/2012) O/Fernandez

- Response to Fourth Motion to Extend Time to File Complaint Filed by Richard J. Hollander on behalf of Debtor Chris E Carhart (related document(s)[64]). (Hollander, Richard) Doc #67

-Response to Motion to Compel Fed. R. Bankr. Pro. 2004 Production of Documents and Examination Testimony of Kexin Carhart Filed by Richard J. Hollander on behalf of Debtor Chris E Carhart (related document(s)[65]). (Hollander, Richard) (Doc #72)

- Response to of Kexin Carhart to Motion to Compel Fed. R. Bankr. Pro. 2004 Production of Documents and Examination Testimony of Kexin Carhart Filed by Richard J. Hollander on behalf of Attorney John S. Biallas (related document(s)[65]). (Hollander, Richard) Doc #76

-   Response to Kexin Carhart's Response to Motion to Compel, and Debtor's Response to Motion to Compel Filed by Stephanie C Lieb on behalf of Carhart-Halaska International LLC, Christoper G. Halaska, Halaska International, Inc. (related document(s)[72], [76]). (Lieb, Stephanie) Doc #77

  **Ms. Fernandez will submit an order granting the Motion for Reconsideration that was filed in the adversary proceeding and file an amended complaint by 4/28/2017 O/Fernandez**
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.