```
          UNITED STATES BANKRUPTCY COURT
            MIDDLE DISTRICT OF FLORIDA
                FORT MYERS, FLORIDA
```

IN RE:
CHRIS E. CARHART,                    CASE NO. 9:16-bk-06499-FMD
                                     CHAPTER 13
          Debtor.
_____/

**NOTICE OF SUBMISSION OF RESPONSE OF NON-DEBTOR DEPONENT KEXIN CARHART IN COMPLIANCE WITH COURT'S ORDER ON MOTION TO COMPEL**
(DOCKET NO. 83)

COMES NOW, Debtor, CHRIS E. CARHART, by and through their undersigned attorney, and notifies the Court of the submission the response of non-debtor deponent Kexin Carhart in compliance with this Court's Order granting in part and denying in part motion to compel Fed. R. Bankr. Pro. 2004 production of documents and examination testimony of Kexin Carhart, Docket No. 83, together with a copy of this Notice on May 3, 2017 to Counsel for Creditor(s) Carhart-Halaska International, LLC, Christoper G. Halaska & Halaska International, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by first class U.S. mail to: U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL, 33602, Robert E. Tardif, Jr., Trustee, P.O. Box 2140, Ft. Myers, FL 33902, Lara R. Fernandez, Esq. Trenam, Kemker, Scharf, Barkin, Frye, O'neill & Mullis, P.A., 101 E. Kennedy Blvd., Suite 2700, Tampa, FL 33602, and Stephanie C. Lieb, Esq, Trenam, Kemker, Scharf, Barkin, Frye, O'neill & Mullis, P.A., 101 E. Kennedy Blvd., Suite 2700, Tampa, FL 33602, postage fully prepaid or by electronic notice, this 3rd day of May, 2017.

```
                    MILLER, HOLLANDER and JEDA
                    Attorneys for Debtors
                    2430 Shadowlawn Drive, Suite 18
                    Naples, FL 34112
                    Telephone 239-775-2000
                    Facsimile 239-775-7953


                    By: /S/Richard J. Hollander
                        RICHARD J. HOLLANDER
                        Florida Bar No. 884900
                        MELISSA H. JEDA
                        Florida Bar No. 106407
```

M:\Ron\Notices\carhart notice of submission of reponse.docx