**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

CASE NO.:9:16-bk-06499-FMD

CHAPTER 7

IN RE:
Chris E Carhart
Debtor(s).
_____/

**BANK OF AMERICA, N.A.'S RESPONSE TO MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS**

BANK OF AMERICA, N.A. ("BANA"), by and through its undersigned counsel, files this response to the Chapter 7 Trustee's MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS (the "Motion to Sell") (Doc #109) and in support thereof states as follows:

1.  On July 29, 2016 the Debtor commenced this bankruptcy case by filing a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2.  BANK OF AMERICA, N.A. has a security interest in real property located at 3512 White Eagle Drive, Naperville, Illinois 60564 by virtue of a Note and Mortgage executed on December 12, 2013 with an original principal of $466,800.00.

3.  On April 19, 2018 the Chapter 7 Trustee filed a Motion to Sell requesting the Court approve a sale of the above described property free and clear of all liens.

4.  BANK OF AMERICA, N.A. asserts its rights to receive sale proceeds and does not consent to a sale yielding less than the total amount due.

5.  BANK OF AMERICA, N.A. objects to any sale that does not provide a full payoff of BANK OF AMERICA, N.A.'s lien.

6.     BANK OF AMERICA, N.A. further asserts that if the sale is approved, BANK OF AMERICA, N.A. requests language be included in any order providing that any funds must be received by BANK OF AMERICA, N.A. within 48 hours of closing with updated payoff and paid to BANK OF AMERICA, N.A.  at closing by the closing agent.

WHEREFORE, BANK OF AMERICA, N.A.  requests that the Court deny the Motion to Sell and for any such other and further relief as the Court may deem just, proper, and equitable.

>Gilbert Garcia Group P.A.
>Attorney for Bank of America, N.A.
>2313 W. Violet St.
>Tampa, Florida  33603
>bankruptcy@gilbertgrouplaw.com
>Telephone No.:  (813) 443-5087
>Facsimile No.: (813) 4435089
>
>By:/s/ Amy M. Kiser
>Michelle Garcia Gilbert, Esq.
>Florida Bar# 549452
>Amy M. Kiser, ESQ.
>Florida Bar# 46196

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on May 8, 2018 by CM/ECF or by regular U.S. Mail:

*Debtor*
**Chris E Carhart**
621 Seaview Court P2
Marco Island, FL 34145

represented by **Richard J. Hollander**
Miller, Hollander & Jeda
5278 Golden Gate Pkwy., Suite 2
Naples, FL 34116

**Melissa H Jeda**
Miller, Hollander & Jeda
5278 Golden Gate Pkwy., Suite 2
Naples, FL 34116

*Trustee*
**Robert E Tardif, Jr.**
Trustee
Post Office Box 2140
Fort Myers, FL 33902

represented by **Robert E Tardif, Attorney for Trustee**
Robert E. Tardif, Jr., P.A.
Post Office Box 2140
Fort Myers, FL 33902

*U.S. Trustee*
**United States Trustee - FTM7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

Gilbert Garcia Group P.A.
Attorney for Secured Creditor
2313 W. Violet St.
Tampa, Florida 33603
bankruptcy@gilbertgrouplaw.com
Telephone No.: (813) 443-5087
Facsimile No.: (813) 4435089

By:/s/ Amy M. Kiser
Michelle Garcia Gilbert, Esq.
Florida Bar# 549452
Amy M. Kiser, ESQ.
Florida Bar# 46196