IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
CHRIS E. CARHART

Case No.   9:16-bk-06499-FMD

     Debtor
_____/

PROOF OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the Order Granting Motion to Sell Property Free and Clear of Purported Liens and Interests has been furnished via electronic service by the Court and by regular U.S. Mail to Chris E. Carhart, 621 Seaview Ct., P2, Marco Island, FL 34145 this 18th day of May 2018.

     /s/ Robert E. Tardif Jr.
     Robert E. Tardif, Jr., Trustee
     P.O. Box 2140
     Ft. Myers, FL 33902
     239/362-2755
     rtardif@comcast.net