IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:
CHRIS E. CARHART                              Case No. 9:16-bk-06499-FMD

       Debtor
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1.    On April 19, 2018, the Trustee filed a Motion to Sell Property of the Estate (3512 White Eagle Drive, Naperville, Illinois).

2.    On May 17, 2018, the Court entered an Order Granting the Motion to Sell Property of the Estate.

3.    The Trustee has received the sales proceeds.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 7th day of June 2018.

                                        /s/ Robert E. Tardif Jr.
                                        Robert E. Tardif Jr., Trustee
                                        Post Office Box 2140
                                        Fort Myers, FL 33902
                                        (239) 362-2755
                                        (239) 362-2756 (facsimile)
                                        rtardif@comcast.net