ORDERED.

Dated: July 25, 2018

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

CHRIS E CARHART                                              Case No. 9:16-bk-06499-FMD

      Debtor.
_____/

### ORDER GRANTING MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSY WITH JOHN BIALLAS

THIS CAUSE came before the Court, without hearing, upon the Trustee's Motion for Authority to Compromise Controversy with John Biallas (Doc No. 118), and the Court having reviewed the record and having found that the Trustee filed the motion on negative notice and it appearing that no creditor or party in interest filed any objection to the motion, and the Court being fully advised in the premises, finds that the motion is well taken, and it is in the best interest of the bankruptcy estate that the Trustee be authorized to compromise the controversy whereby John Biallas shall pay $5,000.00 to Trustee in full settlement of the claims brought in the adversary proceeding, Adversary Case No. 9:16-ap-00838. Accordingly, it is,

**ORDERED** that the Trustee's Motion is hereby granted, and

**IT IS FURTHER ORDERED** that the Trustee is hereby authorized to settle the above described dispute with John Biallas, whereby John Biallas shall pay $5,000.00 to the Trustee in full settlement of the claims brought in the adversary proceeding, Adversary Case No. 9:16-ap-00838.

**IT IS FURTHER ORDERED** that the Trustee is hereby authorized to execute all documents necessary to consummate the settlement.

Trustee, Robert E. Tardif Jr., is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.