FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 16-06499 CED   Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CARHART, CHRIS E | Date Filed (f) or Converted (c): | 07/29/16 (f) |
| | | 341(a) Meeting Date: | 08/30/16 |
| For Period Ending: | 09/30/18 | Claims Bar Date: | 12/27/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD-621 SEAVIEW CT, MARCO ISLAND | 134,662.00 | 0.00 | | 0.00 | FA |
| 2. HOME-3512 WHITE EAGLE DR, NAPERVILLE IL | 799,000.00 | 35,000.00 | | 104,049.93 | FA |
| Current value is an estimate of the sum the estate could receive following sale of IL property due to carve out agreement. | | | | | |
| 3. 2012 AUDI A4 2.0 T | 16,525.00 | 15,525.00 | | 12,600.00 | FA |
| 4. 2011 NISSAN JUKE | 12,125.00 | 12,125.00 | | 7,700.00 | FA |
| 5. HOUSEHOLD GOODS, BOOKS/PICTURES/CHILDRENS CD AND V | 2,109.00 | 1,001.00 | | 0.00 | FA |
| 1/2 interest in Household goods, furnishings, appliances, books & pictures (FMV $4,218) | | | | | |
| 6. ELECTRONICS (1/2 INTEREST) | 1,500.00 | 1,000.00 | | 0.00 | FA |
| 7. CLOTHING | 400.00 | 400.00 | | 0.00 | FA |
| 8. WATCH AND WEDDING RING | 250.00 | 250.00 | | 0.00 | FA |
| 9. CHECKING ACCOUNTS | 1,345.00 | 1,345.00 | | 0.00 | FA |
| 10. CARHART EQUIPMENT | 1.00 | 0.00 | | 0.00 | FA |
| 11. CARHART INTERNATIONAL | 1.00 | 0.00 | | 0.00 | FA |
| 12. 1 TERM LIFE INSURANCE POLICY | Unknown | 0.00 | | 0.00 | FA |
| 13. HAND TOOLS | 550.00 | 550.00 | | 0.00 | FA |
| 14. PERSONAL PAPERS | 1.00 | 0.00 | | 0.00 | FA |
| 15. FRAUDULENT TRANSFER (BIALLAS) (u) | 0.00 | 50,000.00 | | 0.00 | 5,000.00 |
| Trustee value is estimate only. | | | | | |
| 16. CASH | 335.00 | 335.00 | | 0.00 | FA |
| 17. CARHART-HALASKA INT'L | 241,567.00 | 0.00 | | 0.00 | FA |
| FJ against Debtor by this company so Trustee does not believe Debtor is owed money from same company. | | | | | |

Gross Value of Remaining Assets

LFORM1

Ver: 20.02

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

| Case No: | 16-06499 | CED | Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
| Case Name: | CARHART, CHRIS E | | | Date Filed (f) or Converted (c): | 07/29/16 (f) |
| | | | | 341(a) Meeting Date: | 08/30/16 |
| | | | | Claims Bar Date: | 12/27/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,210,371.00 | $117,531.00 | | $124,349.93 | $5,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 17, 2016 (GAH) Debtor out of country. 341 rescheduled to 9/13 at 8:45 am  Atty will file notice.

August 12, 2016 (GAH) Motion filed to extend deadline to file rest of Schedules to 8/31/16.  Received 341 docs; need DOF bank stms.

October 13, 2016 (RET) - Prepared OTE on Illinois home. (response filed; hearing set)  OTE sustained

December 08, 2016 (RET) - Filed adversary proceeding against John Biallas, Illinois attorney. (Biallas given 30 days extension from the court to file response - due 2/10/17)  Set for PTC 3/23/17.  Response to Complaint filed.

December 16, 2016 (RET) - Spoke to Brian Zeeck (Hinshaw Firm) re: OTE pending.

February 08, 2017 (RET) - Trustee reached agreement with Hinshaw Firm (FJ lien on IL real estate) for a carve out to unsecureds if Trustee succeeds on OTE and is able to administer property.

February 13, 2017 (RET) - Filed motion for temporary restraining order in Biallas adversary. (hearing set for 2/23/17)

February 22, 2017 (GAH) Proposed Stip for $34,117.20 at $2,436.94 per mo. beginning 3/15/17 for 14 mos. plus 7/12 of any 2016 tax refund. Requested car titles and insurance with RET as loss payee. (signed Stip not returned)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

| | |
|---|---|
| Case No: 16-06499   CED   Judge: Caryl E. Delano | Trustee Name: Robert E. Tardif Jr. |
| Case Name: CARHART, CHRIS E | Date Filed (f) or Converted (c): 07/29/16 (f) |
| | 341(a) Meeting Date: 08/30/16 |
| | Claims Bar Date: 12/27/16 |

May 04, 2017 (RET) - Emailed realtor ATE on IL home.

June 12, 2017 (RET) - Email to attorney re: personal property in IL.

September 28, 2017 (BLK) - Sales proceeds received from sale of the Nissan Juke. Filed Report of Sale, and Application for Compensation for Martin Auction.

October 12, 2017 (RET) - Trial set on Bialas adversary in January 2018.

December 11, 2017 (RET) - Emailed J. Biallas re: listing northern property.

December 12, 2017 (RET) - Emailed Coldwell Banker real estate broker for another agent name. Previous agent left the office.

July 09, 2018 (RET) - Emailed N. Cade re: possible distribution to creditors.

September 07, 2018 (RET) - Emailed J. Biallas re: compromise funds.

October 24, 2018 (RET) - Follow up with J. Biallas re: settlement funds.

Initial Projected Date of Final Report (TFR): 07/28/18     Current Projected Date of Final Report (TFR): 12/31/18

/s/   Robert E. Tardif Jr.
_____   Date: 10/31/18
    ROBERT E. TARDIF JR.

LFORM1                                                                                                                    Ver: 20.02

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-06499 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CARHART, CHRIS E | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******7577 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/29/17 | 3 | Autobrokers of Ft. Myers | Sale of Assets (Doc #85) | 1129-000 | 12,600.00 | | 12,600.00 |
| * 09/22/17 | 001000 | CHRIS E CARHART 621 SEAVIEW COURT P2 MARCO ISLAND, FL 34145 | Payment of Claimed Exemption to Debtor (upon sale of property by the estate) in accordance with Order authorizing payment entered 8/31/17 | 8100-003 | | 1,000.00 | 11,600.00 |
| 09/25/17 | 4 | Martin Auction Services LLC | SALE OF ASSETS | 1129-000 | 7,700.00 | | 19,300.00 |
| 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 18.81 | 19,281.19 |
| 10/16/17 | 001001 | Martin Auction 9515 Texas Church Road Clinton, IL 61727 | Payment to Auctioneer for Trustee in accordance with Order authorizing payment entered 10/3/17 Fees       462.00 Expenses  366.00 | 3610-000 3620-000 | | 828.00 | 18,453.19 |
| 10/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 29.94 | 18,423.25 |
| * 11/17/17 | 001000 | CHRIS E CARHART 621 SEAVIEW COURT P2 MARCO ISLAND, FL 34145 | Payment of Claimed Exemption | 8100-003 | | -1,000.00 | 19,423.25 |
| 11/17/17 | 001002 | CHRIS E CARHART 621 SEAVIEW COURT P2 MARCO ISLAND, FL 34145 | Payment of Claimed Exemption to Debtor (upon sale of property by the estate) in accordance with Order authorizing payment entered 8/31/17 | 8100-002 | | 1,000.00 | 18,423.25 |
| 11/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.93 | 18,395.32 |
| 12/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 28.82 | 18,366.50 |
| 01/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 28.78 | 18,337.72 |
| 02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 24.95 | 18,312.77 |
| 03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.21 | 18,285.56 |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 26.30 | 18,259.26 |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.13 | 18,232.13 |
| 06/07/18 | 2 | Chicago Title | SALE OF ASSETS (Doc #115) | | 104,049.93 | | 122,282.06 |

Page Subtotals        124,349.93        2,067.87

Ver: 20.02

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 16-06499 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CARHART, CHRIS E | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******7577 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Amount:        750,000.00<br>SALE OF REAL PROPERTY | 1110-000 | | | |
| | | | Memo Amount:     (     18,547.39 )<br>2017 County taxes | 2500-000 | | | |
| | | | Memo Amount:     (      8,323.45 )<br>2018 County taxes | 2500-000 | | | |
| | | | Memo Amount:     (        125.00 )<br>Title Commitment Update | 2500-000 | | | |
| | | | Memo Amount:     (         50.00 )<br>Title CPL fee to Chicago Title | 2500-000 | | | |
| | | | Memo Amount:     (          3.00 )<br>Title Co. - Registration fee | 2500-000 | | | |
| | | | Memo Amount:     (         40.00 )<br>Title Co. Wiring Fee | 2500-000 | | | |
| | | | Memo Amount:     (      2,825.00 )<br>Title Insurance fee | 2500-000 | | | |
| | | | Memo Amount:     (         47.75 )<br>Recording fees | 2500-000 | | | |
| | | | Memo Amount:     (        375.00 )<br>County Transfer taxes | 2500-000 | | | |
| | | | Memo Amount:     (        750.00 )<br>State Transfer fees | 2500-000 | | | |
| | | | Memo Amount:     (    421,788.14 )<br>Payoff 1st Mortgage | 2500-000 | | | |
| | | | Memo Amount:     (        132.71 )<br>Tax collector penalties | 2500-000 | | | |
| | | | Memo Amount:     (     19,445.00 )<br>Real estate commission - Coldwell | 3510-000 | | | |
| | | | Memo Amount:     (     18,550.00 ) | 3510-000 | | | |
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 20.02

LFORM24

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-06499 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CARHART, CHRIS E | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******7577  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Commission to John Greene Realtor | | | | |
| | | | Memo Amount:     (     49,707.70 ) | 2500-000 | | | |
| | | | Post filing exp (per Order Doc 115) | | | | |
| | | | Memo Amount:     (        750.00 ) | 2500-000 | | | |
| | | | Sellers Attorney fee | | | | |
| | | | Memo Amount:     (        440.00 ) | 2500-000 | | | |
| | | | Survey Fee | | | | |
| | | | Memo Amount:     (    104,049.93 ) | 1180-000 | | | |
| | | | Non-estate funds | | | | |
| 06/13/18 | 001003 | Hinshaw & Culbertson, LLP | Payment of Non-estate funds | 8500-000 | | 78,037.44 | 44,244.62 |
| | | 151 North Franklin Street, Suite 2500 | in accordance with Order Granting Motion to Sell | | | | |
| | | Chicago, IL 60606 | Property Free and Clear of Purported Liens and | | | | |
| | | | Interests (Doc. No. 115) | | | | |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 139.71 | 44,104.91 |
| 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 65.55 | 44,039.36 |
| 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 65.45 | 43,973.91 |
| 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 63.25 | 43,910.66 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 750,000.00 | COLUMN TOTALS | 124,349.93 | 80,439.27 | 43,910.66 |
| Memo Allocation Disbursements: | 645,950.07 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 124,349.93 | 80,439.27 | |
| Memo Allocation Net: | 104,049.93 | Less:  Payments to Debtors | | 79,037.44 | |
| | | Net | 124,349.93 | 1,401.83 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 750,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 645,950.07 | Checking Account (Non-Interest Earn - *******7577 | 124,349.93 | 1,401.83 | 43,910.66 |
| Total Memo Allocation Net: | 104,049.93 | | 124,349.93 | 1,401.83 | 43,910.66 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 0.00 | 78,371.40 | |

Ver: 20.02

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 16-06499 -CED | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CARHART, CHRIS E | Bank Name: | BOK FINANCIAL |
| | | Account Number / CD #: | *******7577  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8512 | | |
| For Period Ending: | 09/30/18 | Blanket Bond (per case limit): | $ 26,930,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******7577 | | Transfers) | To Debtors) | On Hand |

Page Subtotals     0.00     0.00

Ver: 20.02

LFORM24