IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:
CHRIS E. CARHART,                                  Case No. 9:16-bk-06499-FMD

    Debtor
_____/

## TRUSTEE'S REPORT OF SALE

The undersigned Trustee of the estate of the above-named Debtor reports as follows:

1.    On June 20, 2018, the Trustee filed a Motion for Authority to Compromise Controversy with John Biallas.

2.    On July 25, 2018, the Court entered an Order Granting Motion for Authority to Compromise Controversy in the amount of $5,000.00. The Trustee has received all funds owed to the estate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602 this 21st day of December 2018.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, FL 33902
(239) 362-2755
(239) 362-2756 (facsimile)
rtardif@comcast.net