IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

CHRIS E. CARHART                                   Case No. 9:16-bk-06499-FMD

DEBTOR.
_____ /

**APPLICATION FOR AUTHORITY TO EMPLOY ACCOUNTANT
AND TO PAY ANY TAXES AND/OR PENALTIES DUE**

COMES NOW Robert E. Tardif Jr., the duly appointed and acting Trustee in this cause, and respectfully represents to the Court:

1. The professional services the Applicant requires is the preparation of tax returns on behalf of the Trustee as needed during the administration of the estate.

2. That Applicant wishes to employ the accounting firm of CLIFTON LARSON ALLEN, L.L.P., and has chosen this accounting firm for the reason that they are well qualified in the matters of this character and are well qualified to perform the work required of them in this case, for an hourly fee of $ 350.00          .

3. That Applicant seeks authority to pay any taxes and/or penalties due to the proper taxing authority as a result of the filing of the above tax returns.

*Certificate of Service*

I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to Assistant U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602, this 19th day of June, 2019.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756

## **VERIFIED STATEMENT**

I, KEVIN P. CAIRNS, of the accounting firm of CLIFTON LARSON ALLEN, L.L.P., proposed accountants for the Trustee in the above matter, declare under penalties of perjury that I am rendering services, subject to the Court's appointment for Trustee in said cause, and that I have not and will not in any guise or form agree to share my compensation for such services with any person, and I have no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent that the undersigned is a Chapter 7 Panel Trustee.

DATED this 16th day of May, 2019.

*[signature]*

Kevin P. Cairns, CPA, MST
4501 Tamiami Trail N., Suite 200
Naples, FL 34103