**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In the matter of:                                         Case No. 9:16-bk-06499-FMD
CHRIS E CARHART

                            Debtor(s)
_____/

## APPLICATION FOR COMPENSATION TO ATTORNEY FOR TRUSTEE
### (NOTICE TO BE PROVIDED BY THE TRUSTEE'S FINAL REPORT)

TO: THE HONORABLE Caryl E. Delano, United States Bankruptcy Judge

The Application of Robert E. Tardif Jr., Attorney for the Trustee respectfully represents:

1. On September 23, 2016 this Court entered its Order Authorizing the Trustee to Employ Counsel to assist him in the complicated legal matters involved in the administration of the estate, and, pursuant to the Court's Order, the Trustee employed Robert E. Tardif Jr. P.A.

2. That during the progress of the administration of the Debtor estate, the attorneys assisted in the preparation of all of the Trustee's reports, applications and legal papers, held numerous conferences with the Trustee and the Trustee's Final Report has now been filed.

3. That the Trustee has filed with the Court all reports and records of said Debtor as requested by the Court, and has disposed of all the non-exempt property, and your Applicant is entitled to a reasonable fee for his services on behalf of the Trustee for the benefit of the Debtor estate at an hourly rate of $350.00, for the total sum of $3,272.50.

4. A summary of attorney's activities is attached hereto as Exhibit "A".

WHEREFORE the Applicant prays that he be allowed and paid the above compensation and reimbursement.

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602 on this 26th day of June, 2019, and will be provided to the Debtor and to Creditors by the Notice of Trustee's Final Report.

                                                           /s/ Robert E. Tardif Jr.
                                                           Robert E. Tardif Jr., Attorney

Printed: 06/26/19 01:14 PM

# Time Keeping Report
## Trustee: Robert E. Tardif Jr.
### Period: 01/01/1900 - 06/26/2019

Page: 1

Case Number:   16-06499
Case Name:     CHRIS E CARHART

| Staff | Task | Date | Memo | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Robert E. Tardif Jr. | Litigation | 10/13/16 | Preparation and filing of Objection to Exemptions. | 0.20 | $350.000 | $70.00 |
| | | 10/24/16 | Review of Debtor's Response to OTE; Preparation and filing of Notice of Hearing. | 0.40 | $350.000 | $140.00 |
| | | 11/17/16 | Preparation for, and attendance at, hearing on OTE. | 0.30 | $350.000 | $105.00 |
| | | 12/08/16 | Preparation and filing of Adversary Complaint and Summons in suit against John Biallas for preference. | 1.00 | $350.000 | $350.00 |
| | | 02/13/17 | Prepared Motion for Temporary Restraining Order. | 0.75 | $350.000 | $262.50 |
| | | 02/13/17 | Attended 2004 examination by telephone. | 2.50 | $350.000 | $875.00 |
| | | 02/23/17 | Preparation for, and attendance at, hearing on Motion for Temporary Restraining Order/Preliminary Injuction; proposed order on same | 0.50 | $350.000 | $175.00 |
| | | 02/23/17 | Attendance at continued hearing on OTE; preparation of order on same. | 0.50 | $350.000 | $175.00 |
| | | 05/31/17 | Preparation and filing of Motion to Amend Adversary Complaint; and Amended Complaint; Notice of Hearing. | 0.60 | $350.000 | $210.00 |
| | | 06/22/17 | Preparation and filing of Adversary complaint and Summons in suit against Kexin Carhart (Approval of sale of property of estate and of a co-owner) | 1.00 | $350.000 | $350.00 |
| | | 06/29/17 | Preparation for, and attendance at, hearing on outstanding motions. | 0.30 | $350.000 | $105.00 |
| | | 05/10/18 | Preparation for, and attendance at, hearing on Motion to Sell; preparation of proposed order on same. | 0.50 | $350.000 | $175.00 |

Printed: 06/26/19 01:14 PM

**Time Keeping Report**
**Trustee: Robert E. Tardif Jr.**
**Period: 01/01/1900 - 06/26/2019**

Page: 2

Case Number:  16-06499
Case Name:    CHRIS E CARHART

| Staff | Task | Date | Memo | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | 06/20/18 | Preparation and filing of Motion to Approve Compromise in Adversary suit against Biallas; proposed order on same. | 0.50 | $350.000 | $175.00 |
| | | 06/21/18 | Attendance at hearing on continued motions. | 0.30 | $350.000 | $105.00 |
| | **Subtotal for Task:  Litigation** | | | **9.35** | | **$3,272.50** |
| **Total for Staff:  Robert E. Tardif Jr.** | | | | **9.35** | | **$3,272.50** |
| | | | **Total for Case 16-06499:** | **9.35** | | **$3,272.50** |
| | | | **Total for Trustee Robert E. Tardif Jr.:** | **9.35** | | **$3,272.50** |
| | | | **Grand Total:** | **9.35** | | **$3,272.50** |