IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In the matter of:
CHRIS E CARHART

Case No. 9:16-bk-06499-FMD

_____Debtor._____/

## APPLICATION FOR COMPENSATION BY TRUSTEE

TO: THE HONORABLE Caryl E. Delano, United States Bankruptcy Judge:

The Application of Robert E. Tardif Jr. respectfully represents:

1. On August 01, 2016, I was appointed Trustee to take charge of property of the above-referenced Debtor and qualified as such and performed all duties required of such Trustee.

2. I took possession of all non-exempt property of the Debtor and converted the property into cash, which amount to $128,349.93.

3. I filed with the Court all the reports and records of said Debtor as required by the Court, and now request that the sum of $9,667.50 be allowed as trustee's fees, which the undersigned deems as reasonable for services rendered, and reimbursements of Trustee's expenses including the bond premium and certified mail postage in the amount of $357.34.

4. In accordance with Bankruptcy Rule 2016, the undersigned states that no agreement or understanding exists between the Trustee and any other persons for a division of compensation, except with the Trustee's law firm, and no agreement prohibited by Bankruptcy Rules 2016 or 5002 has been made. No agreement has been entered into, express or implied, with any other party in interest including the debtor or any creditor, any attorney or any such party in interest in the proceeding, for services rendered in connection therewith, from the assets of the estate in excess of the compensation allowed by law

WHEREFORE the Trustee requests that the above-referenced compensation payments be allowed and paid.

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to the Assistant United States Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602 on this 26th day of June, 2019.

/s/ Robert  E.  Tardif  Jr.
Robert E. Tardif Jr., Trustee

BOND EXPENSE WORKSHEET

TARDIF:    CARHART, CHRIS E.          Case No. 9:16-bk-06499-FMD

| BOND YEAR | DECEMBER 31ST | BALANCE @ INCREASE | DIFFERENCE | | FACTOR | BOND EXPENSE REQUESTED |
|---|---|---|---|---|---|---|
| 2002 | 0.00 | | | X | 0.0005 | 0.00 |
| 2003 | 0.00 | | | X | 0.0005 | 0.00 |
| 2004 | 0.00 | | | X | 0.00065 | 0.00 |
| 2005 | 0.00 | | | X | 0.00075 | 0.00 |
| 2006 | 0.00 | | | X | 0.00075 | 0.00 |
| 2007 | 0.00 | | | X | 0.0008 | 0.00 |
| 2008 | 0.00 | | | X | 0.00085 | 0.00 |
| 2009 | 0.00 | | | X | 0.0008 | 0.00 |
| 2010 | 0.00 | | | X | 0.0008 | 0.00 |
| 2011 | 0.00 | | | X | 0.0008 | 0.00 |
| 2012 | 0.00 | | | X | 0.0008 | 0.00 |
| 2013 | 0.00 | | | X | 0.0008 | 0.00 |
| 2014 | 0.00 | | | X | 0.0008 | 0.00 |
| 2015 | 0.00 | | | X | 0.0005 | 0.00 |
| 2016 | 0.00 | | | X | 0.0004 | 0.00 |
| 2017 | 0.00 | | | X | 0.0003 | 0.00 |
| 2018 | 18,366.50 | | | X | 0.0003 | 5.51 |
| 2019 | 48,712.72 | | | X | 0.0003 | 14.61 |
| TOTALS | | | | | | |

| | |
|---|---|
| TOTAL BOND EXPENSE | 20.12 |
| LESS AMOUNTS PREVIOUSLY RECOVERED | 0.00 |
| NET BOND EXPENSE REQUESTED | 20.12 |

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

CARHART, CHRIS E.                                Case No. 9:16-bk-06499-FMD

  Debtor(s)
_____/



Printed: 06/26/19 01:03 PM

# Expense Worksheet Report
### Trustee: Robert E. Tardif Jr.
### Period: 01/01/1900 - 06/26/2019

Page: 1

Case Number: 16-06499
Case Name: CARHART, CHRIS E

Category: **ADMINISTRATION**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 04/18/18 | Filing Fee to Clerk for Motion to Sell Free and Clear | 1.00 | $181.000 | $181.00 |
| **Total for Category ADMINISTRATION** | | **1.00** | | **$181.00** |

Category: **POSTAGE**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 08/21/17 | Fed Ex - overnight delivery of original Title to Nissan to Auctioneer | 1.00 | $39.590 | $39.59 |
| 06/26/19 | Certified Mail - Return Receipt Requested - Mailing of estate tax return to IRS/Philadelphia CIO | 1.00 | $7.900 | $7.90 |
| 06/26/19 | Certified Mail - Return Receipt Requested - Mailing of estate tax return to IRS/Ogden | 1.00 | $7.900 | $7.90 |
| **Total for Category POSTAGE** | | **3.00** | | **$55.39** |

Category: **TRUSTEE BOND**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 06/26/19 | Bond Expense (2018) | 1.00 | $5.510 | $5.51 |
| 06/26/19 | Bond Expense (2019) | 1.00 | $14.610 | $14.61 |
| **Total for Category TRUSTEE BOND** | | **2.00** | | **$20.12** |

Category: **POSTAGE**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 04/28/17 | Mailing of Report & Notice of Intent to Sell Property - to all Creditors on Matrix. | 12.00 | $1.090 | $13.08 |
| 04/19/18 | Motion to Sell Property of the Estate mailed to Creditors on Matrix. | 12.00 | $0.470 | $5.64 |
| 04/19/18 | Motion to Sell Property mailed to Bank of America | 1.00 | $6.590 | $6.59 |
| 05/31/18 | Overnight delivery of Deed to John Biallas, | 1.00 | $45.070 | $45.07 |
| 06/21/18 | Motion to Approve Compromise mailed to Creditors on Matrix. | 12.00 | $1.090 | $13.08 |
| 07/30/18 | Order Granting Compromise with Biallas | 2.00 | $1.090 | $2.18 |
| 06/26/19 | Mailing of NFR to Creditors on Matrix. | 12.00 | $1.120 | $13.44 |
| 06/26/19 | Mailing of disbursement order to Debtor (upon entry) | 1.00 | $0.500 | $0.50 |

Printed: 06/26/19 01:03 PM

**Expense Worksheet Report**
Trustee: Robert E. Tardif Jr.
Period: 01/01/1900 - 06/26/2019

Page: 2

Case Number: 16-06499
Case Name: CARHART, CHRIS E

Category: **POSTAGE**

| Date | Description | Units | Rate | Total |
|---|---|---:|---:|---:|
| 06/26/19 | Mailing of TDR to UST. | 1.00 | $1.250 | $1.25 |
| **Total for Category POSTAGE** | | **54.00** | | **$100.83** |

Total for Case 16-06499: $357.34

Total for Trustee Robert E. Tardif Jr.: $357.34

**Grand Total:** **$357.34**