# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:    CHRIS E CARHART

§    Case No. 9:16-bk-06499-FMD
§
§
Debtor(s)    §

---

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/29/2016. The undersigned trustee was appointed on 08/01/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $        129,349.93

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 828.00 |
   | Bank service fees | 888.47 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 78,037.44 |
   | Exemption paid to the debtor | 1,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $        48,596.02 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was 12/27/2016 and the deadline for filing governmental claims was 01/25/2017.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,765.62.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,765.62, for a total compensation of $5,765.62.[2]   In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $357.34, for total expenses of $357.34.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  07/26/2019                     By:  /s/ Robert E. Tardif Jr.
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case Number: | 16-06499 CED | Trustee: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CHRIS E CARHART | Filed (f) or Converted (c): | 07/29/16 (f) |
| | | §341(a) Meeting Date: | 08/30/16 |
| Period Ending: | 07/26/19 | Claims Bar Date: | 12/27/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOMESTEAD-621 SEAVIEW CT, MARCO ISLAND | 134,662.00 | 0.00 | | 0.00 | FA |
| 2 | HOME-3512 WHITE EAGLE DR, NAPERVILLE IL Current value is an estimate of the sum the estate could receive following sale of IL property due to carve out agreement. | 799,000.00 | 26,012.49 | | 104,049.93 | FA |
| 3 | 2012 AUDI A4 2.0 T | 16,525.00 | 15,525.00 | | 12,600.00 | FA |
| 4 | 2011 NISSAN JUKE | 12,125.00 | 12,125.00 | | 7,700.00 | FA |
| 5 | HOUSEHOLD GOODS, BOOKS/PICTURES/CHILDRENS CD AND V 1/2 interest in Household goods, furnishings, appliances, books & pictures (FMV $4,218) | 2,109.00 | 1,001.00 | | 0.00 | FA |
| 6 | ELECTRONICS (1/2 INTEREST) | 1,500.00 | 1,000.00 | | 0.00 | FA |
| 7 | CLOTHING | 400.00 | 400.00 | | 0.00 | FA |
| 8 | WATCH AND WEDDING RING | 250.00 | 250.00 | | 0.00 | FA |
| 9 | CHECKING ACCOUNTS | 1,345.00 | 1,345.00 | | 0.00 | FA |
| 10 | CARHART EQUIPMENT | 1.00 | 0.00 | | 0.00 | FA |
| 11 | CARHART INTERNATIONAL | 1.00 | 0.00 | | 0.00 | FA |
| 12 | 1 TERM LIFE INSURANCE POLICY | Unknown | 0.00 | | 0.00 | FA |
| 13 | HAND TOOLS | 550.00 | 550.00 | | 0.00 | FA |
| 14 | PERSONAL PAPERS | 1.00 | 0.00 | | 0.00 | FA |
| 15 | FRAUDULENT TRANSFER (BIALLAS) (u) Trustee value is estimate only. | 0.00 | 50,000.00 | | 5,000.00 | FA |
| 16 | CASH | 335.00 | 335.00 | | 0.00 | FA |
| 17 | CARHART-HALASKA INT'L FJ against Debtor by this company so Trustee does not believe Debtor is owed money from same company. | 241,567.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$1,210,371.00** | **$108,543.49** | | **$129,349.93** | **$0.00** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Major activities affecting case closing:**

<6/27/2019, 10:02:37 AM - BLK-342> Submitted TFR to UST.

<6/26/2019, 2:37:58 PM - BLK-342> Mailed estate return to IRS.

<6/26/2019, 10:25:58 AM - RET2-344>CPA finalizing estate return.

December 14, 2018 (GAH) Received funds from Biallas.

October 24, 2018 (RET) - Follow up with J. Biallas re: settlement funds.

September 07, 2018 (RET) - Emailed J. Biallas re: compromise funds.

July 09, 2018 (RET) - Emailed N. Cade re: possible distribution to creditors.

December 12, 2017 (RET) - Emailed Coldwell Banker real estate broker for another agent name. Previous agent left the office.

December 11, 2017 (RET) - Emailed J. Biallas re: listing northern property.

October 12, 2017 (RET) - Trial set on Bialas adversary in January 2018.

September 28, 2017 (BLK) - Sales proceeds received from sale of the Nissan Juke. Filed Report of Sale, and Application for Compensation for Martin Auction.

June 12, 2017 (RET) - Email to attorney re: personal property in IL.

May 04, 2017 (RET) - Emailed realtor ATE on IL home.

February 22, 2017 (GAH) Proposed Stip for $34,117.20 at $2,436.94 per mo. beginning 3/15/17 for 14 mos. plus 7/12 of any 2016 tax refund. Requested car titles and insurance with RET as loss payee. (signed Stip not returned)

February 13, 2017 (RET) - Filed motion for temporary restraining order in Biallas adversary. (hearing set for 2/23/17)

February 08, 2017 (RET) - Trustee reached agreement with Hinshaw Firm (FJ lien on IL real estate) for a carve out to unsecureds if Trustee succeeds on OTE and is able to administer property.

December 16, 2016 (RET) - Spoke to Brian Zeeck (Hinshaw Firm) re: OTE pending.

December 08, 2016 (RET) - Filed adversary proceeding against John Biallas, Illinois attorney. (Biallas given 30 days extension from the court to file response - due 2/10/17) Set for PTC 3/23/17. Response to Complaint filed.

October 13, 2016 (RET) - Prepared OTE on Illinois home. (response filed; hearing set) OTE sustained

August 12, 2016 (GAH) Motion filed to extend deadline to file rest of Schedules to 8/31/16. Received 341 docs; need DOF bank stms.

August 17, 2016 (GAH) Debtor out of country. 341 rescheduled to 9/13 at 8:45 am Atty will file notice.

**Initial Projected Date of Final Report (TFR):** July 28, 2018          **Current Projected Date of Final Report (TFR):** June 27, 2019 (Actual)

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-06499 CED | Trustee: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CHRIS E CARHART | Bank Name: | BOK FINANCIAL |
| | | Account: | ******7577 - Checking Account (Non-Interest Earn |
| Taxpayer ID#: | **-***8512 | Blanket Bond: | $24,397,000.00 (per case limit) |
| Period Ending: | 07/26/19 | Separate Bond: | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/17 | Asset #3 | Autobrokers of Ft. Myers | Sale of Assets (Doc #85) | 1129-000 | 12,600.00 | | 12,600.00 |
| 09/22/17 | 1000 | CHRIS E CARHART | Payment of Claimed Exemption to Debtor (upon sale of property by the estate) in accordance with Order authorizing payment entered 8/31/17; Voided on 11/17/2017 | 8100-003 | | 1,000.00 | 11,600.00 |
| 09/25/17 | Asset #4 | Martin Auction Services LLC | SALE OF ASSETS | 1129-000 | 7,700.00 | | 19,300.00 |
| 09/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 18.81 | 19,281.19 |
| 10/16/17 | 1001 | Martin Auction | Payment to Auctioneer for Trustee in accordance with Order authorizing payment entered 10/3/17 | | | 828.00 | 18,453.19 |
| 10/16/17 | | | Expenses                          366.00 | 3620-000 | | | 18,453.19 |
| 10/16/17 | | | Fees                              462.00 | 3610-000 | | | 18,453.19 |
| 10/31/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 29.94 | 18,423.25 |
| 11/17/17 | 1000 | Reverses Check # 1000 | Payment of Claimed Exemption | 8100-003 | | -1,000.00 | 19,423.25 |
| 11/17/17 | 1002 | CHRIS E CARHART | Payment of Claimed Exemption to Debtor (upon sale of property by the estate) in accordance with Order authorizing payment entered 8/31/17 | 8100-002 | | 1,000.00 | 18,423.25 |
| 11/30/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.93 | 18,395.32 |
| 12/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 28.82 | 18,366.50 |
| 01/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 28.78 | 18,337.72 |
| 02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 24.95 | 18,312.77 |
| 03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.21 | 18,285.56 |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 26.30 | 18,259.26 |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 27.13 | 18,232.13 |
| 06/07/18 | Asset #2 | Chicago Title | SALE OF ASSETS (Doc #115) | 1110-000 | 104,049.93 | | 122,282.06 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-06499 CED | Trustee: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | CHRIS E CARHART | Bank Name: | BOK FINANCIAL |
| | | Account: | ******7577 - Checking Account (Non-Interest Earn |
| Taxpayer ID#: | **-***8512 | Blanket Bond: | $24,397,000.00 (per case limit) |
| Period Ending: | 07/26/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/18 | 1003 | LLP HINSHAW & CULBERTSON | Payment of Non-estate funds in accordance with Order Granting Motion to Sell Property Free and Clear of Purported Liens and Interests (Doc. No. 115) | 8500-002 | | 78,037.44 | 44,244.62 |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 139.71 | 44,104.91 |
| 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 65.55 | 44,039.36 |
| 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 65.45 | 43,973.91 |
| 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 63.25 | 43,910.66 |
| 10/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 65.26 | 43,845.40 |
| 11/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 63.06 | 43,782.34 |
| 12/14/18 | Asset #15 | John Biallas | Fraudulent Transfer (Doc #119) | 1241-000 | 5,000.00 | | 48,782.34 |
| 12/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 69.62 | 48,712.72 |
| 01/31/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 72.40 | 48,640.32 |
| 02/19/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 44.30 | 48,596.02 |
| 02/21/19 | | BOK FINANCIAL | Account Closeout Transfer Adjustment | 9999-000 | | 48,596.02 | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | | 129,349.93 | 129,349.93 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 48,596.02 | |
| | | **Subtotal** | | | 129,349.93 | 80,753.91 | |
| | | Less: Payment to Debtors | | | | 1,000.00 | |
| | | **NET Receipts / Disbursements** | | | **$129,349.93** | **$79,753.91** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 16-06499 CED | | Trustee: | Robert E. Tardif Jr. |
|---|---|---|---|---|
| Case Name: | CHRIS E CARHART | | Bank Name: | Signature Bank |
| | | | Account: | ******1886 - Checking |
| Taxpayer ID#: | **-***8512 | | Blanket Bond: | $24,397,000.00 (per case limit) |
| Period Ending: | 07/26/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/21/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 48,596.02 | | 48,596.02 |
| | | | **ACCOUNT TOTALS** | | **48,596.02** | **0.00** | **$48,596.02** |
| | | | Less: Bank Transfers | | 48,596.02 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts: | $129,349.93 |
| Less Payments to Debtor: | 1,000.00 |
| Less Other Noncompensable Items: | 78,037.44 |
| Net Estate: | $50,312.49 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1886** | **0.00** | **0.00** | **48,596.02** |
| **Checking # ******7577** | **129,349.93** | **79,753.91** | **0.00** |
| | **$129,349.93** | **$79,753.91** | **$48,596.02** |

# Claims Register
## Case: 16-06499-CED    CHRIS E CARHART

Total Proposed Payment: $48,596.02                                                         Claims Bar Date: 12/27/16

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Robert E. Tardif Jr.<br>Post Office Box 2140<br>Fort Myers, FL 33902<br>2100-00  Trustee Compensation, 200 | Admin Ch. 7<br>02/25/19 | | $5,765.62<br>$5,765.62 | $0.00<br>$5,765.62 | $5,765.62 |
| | Robert E. Tardif Jr.<br>Post Office Box 2140<br>Fort Myers, FL 33902<br>2200-00  Trustee Expenses, 200 | Admin Ch. 7<br>02/25/19 | | $357.34<br>$357.34 | $0.00<br>$357.34 | $357.34 |
| | U.S. Bankruptcy Court<br>Middle District of Florida<br>801 N. Florida Avenue<br>Tampa, FL 33602<br>2700-00  Clerk of the Court Costs (includes adversary and other filing fees), 200 | Admin Ch. 7<br>06/26/19 | 2 Adversary suits | $700.00<br>$700.00 | $0.00<br>$700.00 | $700.00 |
| | CliftonLarsonAllen, LLP<br>4501 Tamiami Trail North<br>Suite 200<br>Naples, FL 34103<br>3410-00  Accountant for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>06/26/19 | | $1,301.25<br>$1,301.25 | $0.00<br>$1,301.25 | $1,301.25 |
| | Robert E. Tardif Jr.<br>P.O. Box 2140<br>Fort Myers, FL 33902<br>3110-00  Attorney for Trustee Fees (Trustee Firm), 200 | Admin Ch. 7<br>06/26/19 | | $3,272.50<br>$3,272.50 | $0.00<br>$3,272.50 | $3,272.50 |
| 1-1 | Hinshaw & Culbertson<br>c/o Finance Department<br>222 N. LaSalle St., Suite 300<br>Chicago, IL 60601<br>4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | Secured<br>09/16/16 | Unknown | $333,614.33<br>$333,614.33 | $0.00<br>$0.00 | $333,614.33 |
| 2-1 | Halaska International, LLC<br>c/o Nathaniel Cade Jr., Esquire<br>P.O. Box 170887<br>Milwaukee, WI 53217<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>12/27/16 | General Unsecured 726(a)(2)<br>Chris Halaska | $2,255,950.04<br>$2,255,950.04 | $0.00<br>$12,399.77 | $2,255,950.04 |
| 3-1 | Chris Halaska<br>c/o Nathaniel Cade Jr., Esquire<br>P.O. Box 170887<br><br>Milwaukee, WI 53217<br>7100-90  Payments to Unsecured Credit Card Holders, 610 | Unsecured<br>12/27/16 | Payments to Unsecured Credit Card H | $2,255,950.04<br>$2,255,950.04 | $0.00<br>$12,399.77 | $2,255,950.04 |
| 4-1 | Carhart-Halaska international, LLC<br>c/o Cade Law Group, LLC<br>P.O. Box 170887<br><br>Milwaukee, WI 53217<br>7100-90  Payments to Unsecured Credit Card Holders, 610 | Unsecured<br>12/27/16 | Payments to Unsecured Credit Card H | $2,255,950.04<br>$2,255,950.04 | $0.00<br>$12,399.77 | $2,255,950.04 |

|  |  | **Case Total:** | **$7,112,861.16** | **$0.00** | **$7,112,861.16** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:       16-06499-CED

Case Name:    CHRIS E CARHART

Trustee Name:  Robert E. Tardif Jr.

**Balance on hand:**                    $      48,596.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1-1 | Hinshaw & Culbertson | 333,614.33 | 333,614.33 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                         $      48,596.02

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert E. Tardif Jr. | 5,765.62 | 0.00 | 5,765.62 |
| Trustee, Expenses - Robert E. Tardif Jr. | 357.34 | 0.00 | 357.34 |
| Attorney for Trustee, Fees - Robert E. Tardif Jr. | 3,272.50 | 0.00 | 3,272.50 |
| Accountant for Trustee, Fees - CliftonLarsonAllen, LLP | 1,301.25 | 0.00 | 1,301.25 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |

Total to be paid for chapter 7 administration expenses:    $      11,396.71
Remaining balance:                                          $      37,199.31

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses:    $            0.00
Remaining balance:                                             $      37,199.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-TFR (05/1/2011)**

| NONE |
|------|

Total to be paid for priority claims:     $     0.00
Remaining balance:     $     37,199.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,767,850.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 2-1 | Halaska International, LLC | 2,255,950.04 | 0.00 | 12,399.77 |
| 3-1 | Chris Halaska | 2,255,950.04 | 0.00 | 12,399.77 |
| 4-1 | Carhart-Halaska international, LLC | 2,255,950.04 | 0.00 | 12,399.77 |

Total to be paid for timely general unsecured claims:     $     37,199.31
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| NONE | | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims:          $_____0.00

Remaining balance:          $_____0.00