ORDERED.

Dated: October 11, 2019

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                )
                                      )
CHRIS E CARHART                       )    Case No. 9:16-bk-06499-FMD
                                      )    Chapter 7
        Debtor                        )
                                      )
                                      )

## ORDER ALLOWING ADMINISTRATIVE EXPENSES

This case came on for consideration on the Trustee's Final Report (Doc. No. 129) and Application(s) for Compensation (Doc. Nos. 125, 126 and 128). The United States Trustee has reviewed the final report. All creditors and parties in interest have been given notice and the opportunity for a hearing of all pending applications for compensation and all pending administrative claims. All objections, if any, are resolved. It is therefore,

ORDERED:

1. The following expenses of administration which have not been paid are allowed, and the trustee is directed to pay these expenses to the person(s) so indicated.

| Application or Reason | Fees | Expenses |
|---|---|---|
| ROBERT E. TARDIF JR., TRUSTEE (CH. 7) | $5,765.62 | $357.34 |
| ROBERT E. TARDIF JR., ATTORNEY FOR TRUSTEE (CH. 7) | $3,272.50 | $0.00 |
| CLIFTONLARSONALLEN, LLP, ACCOUNTANT FOR TRUSTEE (CH. 7) | $1,301.25 | $0.00 |
| U.S. BANKRUPTCY COURT | $0.00 | $700.00 |

TOTAL COSTS OF ADMINISTRATION ORDERED PAID:        $11,396.71

2. The following expenses of administration which have been previously paid without entry by the Court of a specific order authorizing payment of them are allowed as indicated:

    NONE

3. The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is hereby authorized.

Trustee Robert E. Tardif Jr. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.